*see ast*

(24)
1-23-01
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JAN 2 2 2001

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

TIMOTHY LEE ZEIDERS,         :
                             :
         Plaintiff           :
                             :
    v.                       :       CIVIL NO. 1:CV-00-0338
                             :
DAUPHIN COUNTY PRISON, ET AL.,:      (Judge Caldwell)
                             :
         Defendants          :

O R D E R

This pro se civil rights action pursuant to 42 U.S.C. § 1983 was initiated by Timothy Lee Zeiders, an inmate presently confined at a halfway house in Harrisburg, Pennsylvania. By order dated January 2, 2001, plaintiff was granted twenty days to file an amended complaint against the remaining defendant Burns. The order forewarned Zeiders that his claims against Burns would be dismissed for failure to prosecute if he did not submit an amended complaint within the required time.

Though the deadline for filing an amended complaint has passed, plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so.[1] Consequently,

---

[1] A copy of the January 2, 2001 order which was mailed to the plaintiff was recently returned as undeliverable because Zeiders relocated without advising this court that his address changed. Thus, plaintiff has also neglected to satisfy his affirmative obligation of keeping both the court and defendants advised of his whereabouts and further evidences his failure to prosecute this matter.

Certified from the record
Date  1-22-01
Mary E. D'Andrea, Clerk
*George T Sardna*

this action will be dismissed for failure to prosecute. An appropriate order will enter.

AND NOW, this 22nd day of January, 2001, it is ordered that:

1. Plaintiff's claims against the remaining defendant Burns are dismissed for failure to prosecute.

2. The Clerk of Court is directed to close the case.

3. Any appeal from this order will be deemed not taken in good faith.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 22, 2001

Re: 1:00-cv-00338    Zeiders v. Dauphin County Priso

True and correct copies of the attached were mailed by the clerk to the following:

Timothy Lee Zeiders -
The Helmsman Program
611 Reily Street
#312
Harrisburg, PA  17102

Jay R. Braderman, Esq.
126 Locust Street
P.O. Box 965
Harrisburg, PA  17108

John R. Kantner, Esq.
Post & Schell
240 Grandview Ave.
Suite 100
Camp Hill, PA  17011

Evan Black, Esq.
Post & Schell, P.C.
240 Grandview Avenue
Suite 100
Camp Hill, PA  17011

Joseph A. Ricci, Esq.
Farrall & Ricci
4423 N. Front St.
Harrisburg, PA  17110    Fax No.: 717-230-9202

```
cc:
Judge                        (✓)
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                (✓)
Federal Public Defender      ( )
Summons Issued               ( )  with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5          ( )
Order to Show Cause          ( )  with Petition attached & mailed certified mail
                                  to: US Atty Gen  ( )    PA Atty Gen  ( )
                                      DA of County ( )    Respondents  ( )

Bankruptcy Court             ( )
Other   PRSI-C               (✓)
        VA w/o
```

MARY E. D'ANDREA, Clerk

DATE: 1-22-01      BY: _____
                       Deputy Clerk